THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HERMOND MILLER, Appellant.

Argued April 22, 1942; decided June 11, 1942.

*John Leo Sullivan* for appellant.

*Edwin G. O'Connor, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.